IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON BEASLEY, #259429 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-375-WKW |
| | ) | [WO] |
| LT. DANZEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 15.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 15) is ADOPTED;

2. Defendant's motion for summary judgment (Doc. # 11) is GRANTED;

3. Plaintiff's action is DISMISSED with prejudice;

4. Costs are taxed against Plaintiff.

A final judgment will be entered separately.

DONE this 1st day of December, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE